IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LATRICE SALVADOR,                         § | |
| § | |
| Plaintiff,                             § | |
| § | |
| v.                                           § | Civil Action No. 4:26-cv-0028-O-BP |
| § | |
| OFFICER HURTADO, *et al.*,       § | |
| § | |
| Defendants.                          § | |

## ORDER VACATING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

*Pro se* Plaintiff Latrice Salvador sued Elm Ridge WCID, FNU Goldstein, FNU Holland, FNU Hurtado, John Doe Officers #1-#5, John Doe Supervisors #1-#2, FNU Lee, and Robert Treon on January 9, 2026. ECF No. 1. The Court ordered Casey to either pay the filing fee or file an application to proceed *in forma pauperis* on or before January 27, 2026. *See* ECF No. 6. The Court warned Salvador that noncompliance "could result in the dismissal of this case without further notice. *See* FED. R. CIV. P. 41(b)." *Id.* at 1. Despite a clear warning that noncompliance could result in dismissal of his case under Federal Rule of Civil Procedure 41(b), Salvador did not comply with that order or file a pleading to explain her delay. After considering the pleadings and applicable legal authority, the undersigned recommended on February 6, 2026 that Chief United States District Judge Reed O'Connor dismiss this case without prejudice under Federal Rule of Civil Procedure 41(b). ECF No. 7.

On February 6, 2026, Salvador filed a Motion for Leave to Proceed in forma pauperis. ECF No. 8. The undersigned hereby **VACATES** the Findings, Conclusions, and Recommendation (ECF No. 7) entered on February 6, 2026 and **GRANTS** Salvador's Motion for Leave to Proceed in forma pauperis (ECF No. 8).

It is so **ORDERED** on February 23, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE